UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., | Case No. 1:25-cv-00725-JLT-EPG |
| Plaintiff, | ORDER PERMTTING STATEMENT |
| v. | (ECF No. 17) |
| K&K TRANS INC, et al., | |
| Defendants. | |

This matter is before the Court on the motion for default judgment filed by Plaintiff BMO Bank N.A. (ECF No. 17). Noting that Plaintiff's motion failed to adequately address service on the two Defendants—K & K Trans Inc (a California Corporation) and Jarnail Singh (an individual identified as the owner, sole director, and CEO of K&K Trans Inc)—the Court issued an order on October 7, 2025, permitting Plaintiff to file a supplemental brief addressing service. (ECF No. 23).

Plaintiff has filed a timely supplement, arguing that service was achieved on both Defendants, but requesting the following alternative relief: "In the event the court does not believe Plaintiff has met its burden for service, Plaintiff voluntarily withdraws the entry of default and motion for default judgment without prejudice. Plaintiff additionally requests an extension of the date to serve the Defendants." (ECF No. 25, p. 3).

After reviewing the supplement, the Court is inclined to recommend that service be deemed <u>sufficient</u> as to Jarnail Singh but that service be deemed <u>insufficient</u> as to K & K Trans

1

Inc. However, any recommendations would ultimately be subject to the review and final decision of the assigned District Judge.

Before issuing any recommendation on Plaintiff's motion for default judgment, the Court will give Plaintiff the opportunity to file a statement on how Plaintiff wishes to proceed.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff shall have 7 days from the entry of this order to file a statement regarding whether Plaintiff wishes to voluntarily withdraw the motion for default judgment without prejudice to refiling it at a later date and with the Court granting an extension of the date to serve K & K Trans Inc.[1] Or Plaintiff may state that it wishes to proceed on its motion for default judgment.

2. If Plaintiff files nothing within 7 days, the Court will issue findings and recommendations on the motion for default judgment in due course.

IT IS SO ORDERED.

Dated:  **November 20, 2025**                /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff may also attempt service again on Jarnail Singh if Plaintiff wishes to do so.

2