1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10   BMO BANK N.A.,                          Case No. 1:25-cv-00725-JLT-EPG

11                  Plaintiff,               ORDER PERMITTING PLAINTIFF TO
                                             FILE DISPOSITIONAL DOCUMENT AS
12            v.                             TO K&K TRANS INC.

13   K&K TRANS INC, et al.,                  (ECF No. 27)

14                  Defendants.

15

16        This matter is before the Court on the motion for default judgment filed by Plaintiff BMO

17   Bank N.A. (ECF No. 17). Noting that Plaintiff's motion failed to adequately address service on

18   the two Defendants—K & K Trans Inc (a California Corporation) and Jarnail Singh (an

19   individual identified as the owner, sole director, and CEO of K&K Trans Inc)—the Court issued

20   an order on October 7, 2025, permitting Plaintiff to file a supplemental brief addressing service.

21   (ECF No. 23).

22        Plaintiff filed a supplement, and the Court thereafter issued an order noting that it was

23   inclined to recommend that service be deemed sufficient as to Jarnail Singh, but that service be

24   deemed insufficient as to K & K Trans Inc. (ECF Nos. 25, 26). The Court gave Plaintiff 7 days to

25   file a statement regarding whether Plaintiff wished to voluntarily withdraw the motion for default

26   judgment without prejudice to refiling it at a later date and with the Court granting an extension

27   of the date to serve K & K Trans Inc, or Plaintiff could state that it wished to proceed on its

28   motion for default judgment. (ECF No. 26).

                                             1

Plaintiff filed a timely response to this order on November 25, 2025, stating as follows:

In light of service being sufficient as to Jarnail Singh, Plaintiff again requests that the Court consider service as to K & K Trans Inc. being sufficient. Jarnail Singh is the CEO, Secretary, CFO, sole director, and agent for service of process. Subservice was completed at the only address listed on the Statement of Information filed with the Secretary of State.

Nonetheless, in the event the Court still determines that service as to K & K Trans Inc. is insufficient, Plaintiff will agree to dismiss, without prejudice, K&K Trans Inc.

Plaintiff respectfully asks this Court to rule on its Motion for Default Judgment.

(ECF No. 27, p. 2).

The Court will not reconsider service as to K & K Trans Inc. As explained in the Court's prior order, Plaintiff has failed to show that it complied with Cal. Civ. Proc. Code § 412.30, this is despite Plaintiff being given the opportunity to specifically address this provision. (ECF No. 23, pp. 3-4).

Accordingly, IT IS ORDERED as follows:

1. Plaintiff is permitted 7 days from the entry of this order to file an appropriate dispositional document as to K&K Trans Inc.

2. If Plaintiff dismisses K&K Trans Inc, the Court will address the motion for default judgement as to only Jarnail Singh.

3. If Plaintiff fails to dismiss K&K Trans Inc or fails to timely respond to this order, the Court will address the motion for default judgment as to both Defendants.

IT IS SO ORDERED.

Dated:  __December 1, 2025__          /s/ _Erica P. Grosjean_
                                      UNITED STATES MAGISTRATE JUDGE