UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., | Case No.  1:25-cv-00725-JLT-EPG |
| Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT K&K TRANS INC ONLY |
| v. | |
| K&K TRANS INC, et al., | (ECF No. 29) |
| Defendants. | |

On December 8, 2025, Plaintiff filed a notice of voluntary dismissal without prejudice as to Defendant K&K Trans Inc only. (ECF No. 29). Defendant K&K Trans Inc has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendant K&K Trans Inc has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

The Clerk of Court is respectfully directed to terminate Defendant K&K Trans Inc as a defendant on the docket. Further, the Clerk of Court is directed to amend the case caption from "BMO Bank N.A. v. K & K Trans Inc et al" to "BMO Bank N.A. v. Singh."

IT IS SO ORDERED.

Dated:   __December 9, 2025__                 /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28