# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., | Case No.: 1:25-cv-0725 JLT EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| JARNAIL SINGH, | |
| Defendant. | (Docs. 17, 31) |

BMO Harris Bank N.A. seeks to hold Jarnail Singh liable for breach of contract. (*See generally* Doc. 1.) After Defendant failed to answer, the Court entered default against Defendant. (Doc. 11.) Plaintiff now seeks default judgment against Defendant. (Doc. 17.)

On December 23, 2025, the magistrate judge issued Findings and Recommendations, recommending that Plaintiff's motion for default judgment be granted, in part, specifically, that the motion be granted as to Singh for a total award of $269,441.37. (Doc. 31.) The findings and recommendations provided fourteen days for any objections, advising the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. at 12, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No objections were filed, and the deadline for doing so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

1

are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued December 23, 2025 (Doc. 31) are **ADOPTED** in full.

2. Plaintiff's motion for default judgment (Doc. 17) is **GRANTED**, in part, as specified below.

   a. The Clerk of Court is directed to enter judgment in favor of Plaintiff BMO Bank N.A. against Defendant Jarnail Singh.

   b. Plaintiff is awarded $269,441.37 total in monetary relief.

   c. Plaintiff is awarded $3,185 in attorney's fees and $462.36 in costs as part of the total award of $269,441.37.

   d. Plaintiff is awarded prejudgment interest accrued at the daily rate of $6.11 for the first loan, $52.44 for the second loan, and $61.30 for the third loan, for each day after August 8, 2025.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 22, 2026**

UNITED STATES DISTRICT JUDGE

2